UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

JOSEPH BENJAMIN TAYLOR, III,

    Defendant-Movant.

_____/

Case No. 1:20-cv-668

Honorable Janet T. Neff

## **JUDGMENT**

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.


Dated:    July 10, 2024                       /s/ Janet T. Neff
                                                                   Janet T. Neff
                                                                   United States District Judge